IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KARL ROSEBORO,

      *Petitioner,*

v.

KEN HOLLIBAUGH, et al.,

      *Respondents.*

CIVIL ACTION
No. 22-3377

## ORDER

**AND NOW**, this 14th day of February, 2025, upon careful and independent consideration of the pleadings (ECF No. 2) and state-court records, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 37) and Petitioner's objections thereto (ECF No. 42), it is hereby **ORDERED** that:

1. The objections are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED**;

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this decision. *See* 28 U.S.C. 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.